IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIMOTHY LEE GUTHRIE                                                                        PLAINTIFF

V.                                  Case No. 3:23-CV-00128-BBM

MARTIN J. O'MALLEY, Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 27th day of August, 2024.

*[signature: Benecia Moore]*
UNITED STATES MAGISTRATE JUDGE